UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHELLE A. STANLEY            )
                              )
              Plaintiff,       )
                              )
v.                            )
                              )
F/V HURRICANE (O.N. 1203205),  )
her engines, machinery, equipment,  )
fishing permits, masts, etc.,  )
                              )    Civil Action No:  15-cv-00135-NT
*in rem*;                      )
                              )
and                           )
                              )
MICHAEL MELLO, Jr of           )
Hull, Commonwealth of Massachusetts, )
                              )
*in personam*,                 )
                              )
              Defendants.      )

**ORDER FOR SALE**

WHEREAS, Plaintiff in this action has filed a motion with this Court for interlocutory sale of the F/V HURRICANE, (Official No. 1203205) pursuant to Rule E(9) (b) of the Supplemental Rules for Certain Admiralty and Maritime Claims,

WHEREAS, the vessel's owner having previously, through counsel, waived service and said motion for sale having been filed with the Court and served upon counsel for claimant Art's Marine Service who assents to the allowance of the motion, and no opposition being filed, and;

WHEREAS, defendant vessel was arrested by the United States Marshal in this proceeding in an *In Rem* action for enforcement of a First Preferred Ships Mortgage pursuant to 46 U.S. C. 31301, *et seq*., and

WHEREAS, process was served on defendant vessel on or about May 2, 2015, by the United States Marshal, and;

WHEREAS, neither the partial owner of defendant vessel nor any other person claiming an interest in defendant vessel, has, to date, secured the release of defendant vessel by posting a bond or other adequate security, and

WHEREAS, the expenses of attachment are continuing to increase, including those expenses of the substitute custodian, it is after due deliberation:

ORDERED, that the United States Marshal for the District of Maine be and is hereby authorized and directed to sell to the highest bidder at public auction the said F/V HURRICANE, (Official No. 1203205), her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto, (including without limitation all fishing permits) at 1:30 p.m. on a date to be determined at the premises of the substitute custodian, Owls Head, Maine, upon the terms stated further in the notice of sale annexed hereto as Exhibit "A" and it is further

ORDERED, that the attorney for Plaintiff, if contacted by prospective buyers, may make arrangements through the substitute custodian that any such person or their representative be able to visit, board, inspect, examine

and survey defendant vessel at any time between the date of this order and the date of the sale, provided the same be at the sole expense and risk of said person conducting such examination, inspection, or survey, and that such person signs a release to hold the United States Marshal harmless and it is further

ORDERED, that the sale shall be subject to confirmation by the Court and it is further

ORDERED, that counsel for Plaintiff is further directed to cause to be published a notice of sale annexed hereto as Exhibit "A", said notice shall be published at least once per week for two consecutive weeks prior to the date of the sale in the Portland Press Herald. In addition, Plaintiff counsel may cause to be published in periodical boating magazines a notice of this sale, and it is further

ORDERED, that Plaintiff be entitled to bid in at the sale up to the amount of her indebtedness without outlay of funds and that the sale shall include all vessel appurtenances, specifically including her fishing permits pursuant to *Gowen, Inc. v. F/V Quality One*, 2001 AMC 1478, 1482-85, 244 F.3d 64, 67-71 (1 Cir.), *cert. denied*, 534 U.S. 886, 2002 AMC 2999 (2001), and it is further

ORDERED, that the United States Marshal for the District of Maine, shall bring the proceeds of the sale into the Registry of the Court and shall

deposit the same with the Clerk of this Court, subject to further orders and

decrees as the Court may issue.


/s/ Nancy Torresen_____
United States Chief District Judge


Dated at Portland, Maine this 28th day of July, 2015.

4